| **United States Bankruptcy Court**<br>**Central District Of California** | |
|---|---|
| In re:<br>Alicia Fajardo Vadase<br>aka Alicia Fajardo | CHAPTER NO.: 13 |
| | CASE NUMBER: 2:10-bk-59425-AA |
| | DATE OF FILING: November 17, 2010 |

## CASE INITIATION ACTION NOTICE

To: Honorable Alan M. Ahart
From: bangle   Ext: __   Date: December 9, 2010

The attached document is being forwarded to you for your immediate attention due to the following:

- ☐ Involuntary Petition
- ☐ Non-individual debtor not represented by attorney
- ☐ Chapter 11 filing by debtor not represented by attorney
- ☐ Amendment to petition to add additional aliases (a/k/a, d/b/a)
- ☐ Hearing date within three (3) days from filing date
- ☐ Amendment to debtor's and/or co-debtor's Social Security Number (attach copy of originally filed document)
- ☐ Amendment to debtor's and/or co-debtor's name (attach copy of originally filed document)
- ☐ Attorney of record barred from practicing in the Central District
- ☐ Debtor with multiple cases pending that have not been dismissed:
    - Case No: ___   Chapter ___
    - Case No: ___   Chapter ___
    - Case No: ___   Chapter ___
- ☐ Chapter 7 debtor(s) received a discharge in a chapter 12 or 13 case filed within 6 years of the filing of pending case (11 U.S.C. 727(a)(9))
    - Prior Case No. ___   Chapter _   Date of Filing: _
- ☐ Chapter 13 debtor(s) received a discharge in a case filed under chapter 7, 11 or 12 within 4 years of the filing of the pending case, or in a case filed under chapter 13 within 2 years of the filing of pending case (11 U.S.C. 1328(f))
    - Prior Case No. ___   Chapter _   Date of Filing: _
    - District and division, if other than CAC _
- ☐ Request for waiver of Credit Counseling requirement (Exigent Circumstances)
- ☐ Debtor failed to file Copies of Payment Advices (Pay Stubs) within 45 days after the date of the filing of the petition
- ☒ Other: __MISSING CREDIT COUNSELING__

*Please indicate your instructions and forward to your Courtroom Services team.*

- ☐ Process using routine procedures (no special action required)
- ☐ Prepare an Order to Show Cause re: Dismissal
- ☐ Dismiss with 180 day restriction
- ☒ Dismiss without 180 day restriction
- ☐ Dismiss pursuant to § 521(i)(1) [Clerk's Office to send BNC Notice re: Order and Notice of Dismissal for Failure to File Copies of Payment Advices (Pay Stubs)]
- ☐ Send a notice to the debtor that no discharge will be granted when otherwise ready to close the case
- ☐ Other: _

FILED DEC 13 2010 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY ____ Deputy Clerk

ENTERED DEC 16 2010 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY ____ Deputy Clerk

Dated: 12/13/10
Revised 11/09

BY THE ORDER OF THE COURT
_/s/ Alan M. Ahart_
Honorable Alan M. Ahart

**2:10-bk-59425-AA** Alicia Fajardo Vadase
Case type: bk Chapter: 13 Asset: Yes Vol: v Judge: Alan M. Ahart
Date filed: 11/17/2010 Date of last filing: 12/06/2010

## Deadlines/Hearings

| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated | Hearing Judge |
|---|---|---|---|---|---|---|
| 1 | Aty Disclosure Stmt. | 11/17/2010 | 12/01/2010 | | 12/01/2010 | |
| 1 | Cert. Credit Counseling | 11/17/2010 | 12/01/2010 | | | |
| 1 | Chapter 13 Plan | 11/17/2010 | 12/01/2010 | 12/01/2010 | | |
| 1 | Db Cert of Empl Income | 11/17/2010 | 12/01/2010 | | 12/01/2010 | |
| 1 | Declaration Re Sched | 11/17/2010 | 12/01/2010 | | 12/01/2010 | |
| 1 | Schedule A | 11/17/2010 | 12/01/2010 | | 12/01/2010 | |
| 1 | Schedule B | 11/17/2010 | 12/01/2010 | | 12/01/2010 | |
| 1 | Schedule C | 11/17/2010 | 12/01/2010 | | 12/01/2010 | |
| 1 | Schedule D | 11/17/2010 | 12/01/2010 | | 12/01/2010 | |
| 1 | Schedule E | 11/17/2010 | 12/01/2010 | | 12/01/2010 | |
| 1 | Schedule F | 11/17/2010 | 12/01/2010 | | 12/01/2010 | |
| 1 | Schedule G | 11/17/2010 | 12/01/2010 | | 12/01/2010 | |
| 1 | Schedule H | 11/17/2010 | 12/01/2010 | | 12/01/2010 | |
| 1 | Schedule I | 11/17/2010 | 12/01/2010 | | 12/01/2010 | |
| 1 | Schedule J | 11/17/2010 | 12/01/2010 | | 12/01/2010 | |
| 1 | Statement - Form 22C | 11/17/2010 | 12/01/2010 | 12/01/2010 | | |
| 1 | Statistical Summary | 11/17/2010 | 12/01/2010 | | 12/01/2010 | |
| 1 | Stmt. of Fin. Affairs | 11/17/2010 | 12/01/2010 | | 12/01/2010 | |
| 1 | Summary of Schedules | 11/17/2010 | 12/01/2010 | | 12/01/2010 | |
| 1 | Incomplete Filings Due | 11/17/2010 | 12/01/2010 | | | |
| 3 | 341 Meeting | 11/17/2010 | 12/17/2010 at 04:00 PM | | | |
| 3 | Confirmation Hearing | 11/17/2010 | 01/20/2011 at 10:00 AM | | | Ahart, Alan M. |
| 3 | Objection to Confirmation | 11/17/2010 | 01/20/2011 at 10:00 AM | | | Ahart, Alan M. |
| 3 | Objection 523 Complaint | 11/17/2010 | 02/15/2011 | | | |
| 3 | Proof of Claims Deadline | 11/17/2010 | 03/17/2011 | | | |
| 3 | Government Proof of Claim | 11/17/2010 | 05/16/2011 | | | |